BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Telephone: (646) 593-7050
Facsimile: (646) 755-3397
Michael J. Barrie
Abbey Walsh
Leah Lopez

*Counsel to CPIF PE I, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>DMFYD LIC LLC,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 24-44740 (JMM) |
| In re<br><br>DMFYD II LLC,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 24-44741 (JMM) |
| In re<br><br>DMFYD HOLDING LLC,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 24-44742 (JMM) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Benesch, Friedlander, Coplan & Aronoff LLP hereby appears in the above-captioned case and enters its appearance as counsel for CPIF PE I, LLC ("CPIF") pursuant to Fed. R. Bankr. P. 9010(b).

Please take further notice that counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 9007, 9010, 9013, 9014, and Section 342 of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.*, that copies of all notices and pleadings given or filed in this case be given and served upon the following:

> Michael J. Barrie, Esquire
> Abbey Walsh, Esquire
> Leah Lopez, Esquire
> BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP
> 1155 Avenue of the Americas, Floor 26
> New York, New York 10036
> Telephone:  (646) 593-7050
> Facsimile:  (646) 755-3397
> Email: mbarrie@beneschlaw.com
>         abbey.walsh@beneschlaw.com
>         llopez@beneschlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, request, order, reply, answer, schedule of assets and liabilities, statement of financial affairs, plan, or disclosure statement, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise filed or made with regard to the above-captioned case and all proceedings therein.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of CPIF's rights: (i) to have final orders in noncore matters entered only after *de novo* review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoffs, or recoupments to which CPIF is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments CPIF reserves.

that, pursuant to Bankruptcy Code section 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleadings or other request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail or otherwise, that is filed or given in connection with the above captioned cases.

Dated: November 18, 2024

BENESCH, FRIEDLANDER,
   COPLAN & ARONOFF, LLP

   /s/ Abbey Walsh
Abbey Walsh
Michael J. Barrie
Leah Lopez
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Telephone: (646) 593-7050
Facsimile: (646) 755-3397
Email: abbey.walsh@beneschlaw.com
       mbarrie@beneschlaw.com
       llopez@beneschlaw.com

*Counsel to CPIF PE I, LLC*